# Exhibit 1

**EMERALD CITY LAW FIRM PC**
**DBA LAW OFFICES OF JASON E ANDERSON**
20935 S 6th Ave
Des Moines, WA 98198
Phone: (206) 849-8549 Fax: (206) 260-1316
Email: jason@jasonandersonlaw.com

June 8, 2026

Re: Employment

Natalia Malec,

I am writing to update you on April Miller's employment. She is working for my office. I pay her as an independent contractor at a salary of nine thousand ($9,000) per month.

Please let me know if you need any further information.

/s/ Jason E. Anderson
Attorney at Law