THE HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APRIL CORMELIUS MILLER,<br><br>Defendant. | No. CR25-107-KKE<br><br>(PROPOSED) ORDER FOR TERMINATION OF SUPERVISED RELEASE |

THE COURT has considered April Miller's motion to terminate her remaining period of supervised release, the records in this case, and the factors set forth in 18 U.S.C. § 3553(a).

IT IS ORDERED that Ms. Miller's term of supervised release be terminated pursuant to 18 U.S.C. § 3583(e).

DATED this _____day of June 2026.

_________________________________
KYMBERLY K. EVANSON
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Gregory Murphy*
Assistant Federal Public Defender
Attorney for April Miller



**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, WA 98101**
**(206) 553-1100**