UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s),<br>v.<br><br>APRIL CORMELIUS MILLER,<br><br>Defendant(s). | CASE NO. CR25-0107-KKE<br><br>ORDER TO FILE AN UPDATED RESPONSE |

The Court has received Defendant's motion for early termination of her term of supervised release, which is not opposed by the Government. Dkt. No. 5. United States Probation opposed the request, stating that it has been unable to independently verify Defendant's lawful employment at Emerald City Law Firm due in part to the lack of sufficient documentation provided by Defendant's employer. Dkt. No. 7. Probation indicated that verification of Defendant's circumstances was appropriate because "the nature of the instant offense involves submission of false statements[.]" *Id.*

Since Probation's response was filed, Defendant filed a draft tax Form 1099 for an unspecified year (Dkt. No. 10-1) along with a declaration filed by Defendant's attorney describing a conversation with Defendant's employer, seeking to explain the employment and rental arrangements he had made with Defendant (Dkt. No. 10).

The Court ORDERS United States Probation to file a response to the declaration of Gregory Murphy and its attachment (Dkt. No. 10) no later than July 29, 2026. If either the Government or Defendant wishes to file a reply, they must do so no later than August 3, 2026. The clerk is directed to RE-NOTE Defendant's motion (Dkt. No. 5) for August 3, 2026.

Dated this 21st day of July, 2026.

Kymberly K. Evanson
United States District Judge