THE HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>APRIL CORMELIUS MILLER,<br>Defendant. | No. CR25-107-KKE<br><br>MS. MILLER'S REPLY IN SUPPORT OF MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE (DKT. 5) |

Counsel for April Miller respectfully asks the Court to consider the attached letter in support of her request for early termination of supervision. *See* Ex. 1. The letter was emailed to counsel after Ms. Miller reviewed U.S. Probation's most recent filing. The email addresses have been redacted, but it has not otherwise been altered.

DATED this 24th day of July 2026.

Respectfully submitted,

s/ *Gregory Murphy*
Assistant Federal Public Defender
Attorney for April Miller

I certify this reply contains 54 words in compliance with the Local Criminal Rules.



**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, WA 98101**
**(206) 553-1100**