THE HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>APRIL CORMELIUS MILLER,<br>Defendant. | No. CR25-107-KKE<br><br>NOTICE OF CRIMINAL APPEAL |

NOTICE IS GIVEN that April Miller, defendant in the above-named case, appeals to the United States Court of Appeals for the Ninth Circuit from the Order Denying Motion for Early Termination of Supervised Release entered on August 4, 2026 (Dkt. 14).

Sentence imposed: N/A

Name of court reporter: N/A

Transcript required: No

If yes, indicate date ordered or to be ordered: N/A

DATED this 10th day of September 2026.

Respectfully submitted,

s/ *Gregory Murphy*
Assistant Federal Public Defender
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
Phone: (206) 553-1100
Email: gregory_murphy@fd.org