UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s),<br>v.<br><br>APRIL CORMELIUS MILLER,<br><br>Defendant(s). | CASE NO. CR25-0107-KKE<br><br>ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME |

On August 4, 2026, the Court denied Defendant's motion for early termination of supervised release. Dkt. No. 14. Defendant's counsel was notified of the order as soon as it was entered, but did not inform Defendant of the order until after the appeal deadline passed. Counsel filed an untimely notice of appeal and withdrew his representation. Via replacement counsel, Defendant now moves for an extension of the appeal deadline. Dkt. No. 19. The Government takes no position on the motion. *Id*.

A defendant's notice of appeal in a criminal case must be filed within 14 days after the later of the entry of the judgment/order being appealed, or the filing of the Government's notice of appeal. Fed. R. App. P. 4(b)(1). A district court may, upon finding excusable neglect or good cause, extend the time to file a notice of appeal "not to exceed 30 days from the expiration of the time otherwise prescribed by this Rule 4(b)." Rule 4(b)(4). The deadline to file a criminal appeal

is a non-jurisdictional deadline, subject to forfeiture. *United States v. Sadler*, 480 F.3d 932, 937 (9th Cir. 2007).

The Court finds good cause for the extension. Defendant did not learn of the order until after her appeal deadline had passed, and once she learned of it, she promptly filed a notice of appeal and a motion for extension of time. Because the delay in filing the notice of appeal was outside Defendant's control, the Court finds good cause to grant her motion for extension of time. *See United States v. Defendant*, No. 2:09-cr-00933-CAS-1, 2024 WL 1468686, at *3 (C.D. Cal. Apr. 4, 2024) (finding good cause to extend the deadline to appeal an order where defendant claimed he never received a copy of the order). Based on this ruling, the Court need not address the alternate grounds of excusable neglect.

For these reasons, the Court GRANTS Defendant's motion to extend the appeal deadline. Dkt. No. 19. The original appeal deadline was August 18, 2026, and a 30-day extension under Rule 4(b)(4) would make the new deadline September 17, 2026. Because Defendant filed her notice of appeal on September 10, 2026, extending the deadline to September 17, 2026, renders her notice of appeal timely filed.

Dated this 1st day of October, 2026.

Kymberly K. Evanson
United States District Judge